CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 13644
ALLISON REESE
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6502

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  ) | | Case No. 2:20-cr-00146-RFB-DJA-1 |
| Plaintiff,  ) | | |
| ) | | |
| v.  ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| JESSICA WILLIAMS  ) | | <u>PRETRIAL RELEASE</u> |
| Defendant  ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Shiveley, U. S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 30th day of March, 2021.

CHRISTOPHER CHIOU
United States Attorney

By _____/S/_____.
ALLISON REESE
Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JESSICA WILLIAMS　　　　　　　　　　　　　　　Docket No.: 2:20-cr-00146-RFB-DJA-1

Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW Alicia Shiveley, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jessica Williams. The defendant initially appeared on July 9, 2020, before Your Honor and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV.
4. The defendant may travel to California for the purpose of court only.
5. The defendant shall maintain residence at Latrice Owen's Residence at 3200 Arville Street, Apt #61, Las Vegas, NV 89102 and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
12. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
13. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.
14. The defendant shall avoid all contact with known convicted felons.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Ms. Williams tested positive for methamphetamine on 3/5/2021 (confirmed.)
2. Ms. Williams tested positive for cocaine on 3/5/2021 (confirmed.)
3. Ms. Williams tested positive for benzodiazepines on 3/5/2021 (confirmed), March 25, 2021 (confirmation pending), and March 27, 2021 (confirmation pending.)
4. Ms. Williams tested positive for opioids on March 16, 2021 and she did not provide a valid prescription for review that covered this time period.
5. Ms. Williams failed to report to drug testing on February 22, 2021, March 4, 2021, March 12, 2021

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| **ORDER OF COURT** | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 13th day of April, 2021 and ordered filed and made a part of the records in the above case. | Executed on this 30th day of March, 2021.<br><br>Respectfully Submitted, |
| _(signed)_<br>Honorable Brenda Weksler<br>U.S. Magistrate Judge | _(signed)_ Alicia Coughlin  SPB<br>Alicia Shiveley<br>U.S. Pretrial Service Officer<br>Place: <u>Las Vegas, Nevada</u> |