CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00146-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE THE HEARING RE REVOCATION OF PRETRIAL RELEASE** |
| v. | **(*Second Request*)** |
| JESSICA WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and NISHA BROOKS-WHITTINGTON, counsel for Defendant JESSICA WILLIAMS, that the hearing regarding Revocation of Pretrial Release in the above-captioned matter, currently scheduled for May 24, 2021, at 11:00 a.m., be vacated and continued for no less than thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Both Plaintiff and defense counsel need additional time to prepare, which includes reviewing discovery and obtaining witnesses.

1

2. Counsel for the government anticipates that she will be in trial during the currently scheduled hearing date.

3. The parties agree to the continuance.

4. Defendant JESSICA WILLIAMS is out of custody and does not object to the continuance.

5. This is the <u>second</u> request for a continuation of the hearing regarding Revocation of Pretrial Release.

DATED: May 13, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA



*/s/ Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Counsel for Defendant JESSICA WILLIAMS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00146-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JESSICA WILLIAMS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Both Plaintiff and defense counsel need additional time to prepare, which includes reviewing discovery and obtaining witnesses.

2. Defendant JESSICA WILLIAMS is out of custody and does not object to the continuance.

3. Counsel for the government anticipates that she will be in trial during the currently scheduled hearing date.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

5. This is the second request for a continuation of the hearing regarding Revocation of Pretrial Release.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing regarding Revocation of Pretrial Release.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS THEREFORE ORDERED that the hearing regarding Revocation of Pretrial |
| 3 | Release currently scheduled for May 24, 2021, at the hour of 11:00 a.m., be vacated and |
| 4 | continued to 6/29/2021 at 1:00 PM in LV courtroom 3B via Zoom videoconference. |
| 5 | DATED this 18th day of May, 2021. |

_____
The Honorable Brenda Weksler
United States Magistrate Judge