RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jessica Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSICA WILLIAMS,<br><br>  Defendants. | Case No. 2:20-cr-00146-RFB-DJA<br><br>STIPULATION TO DISMISS PETITION AND VACATE HEARING ON REVOCATION OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED AND AGREED, by and between the Acting United States Attorney Christopher Chiou and Assistant United States Attorney Allison Reese, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Nisha Brooks-Whittington, counsel for Jessica Williams, that the petition for action on conditions of pretrial release be dismissed and the hearing on revocation of pretrial release scheduled for August 27, 2021 at 1 p.m. be vacated for the following reasons:

1. On March 30, 2021, a petition for action on conditions of pretrial release was filed in this case.  ECF No. 24.  On June 29, 2021, at the hearing for revocation of pretrial release, the parties jointly recommended the hearing be continued for 60 days.  ECF No. 36. The parties further noted that if Ms. Williams remained in compliance with the conditions of pretrial release for the full 60 days, the government would request dismissal of the petition.

*Id*. This Court granted the parties' requests. Ms. Williams has complied with her conditions of pretrial release for the past 60 days. As a result, the parties request the petition be dismissed and the hearing regarding revocation of pretrial release be vacated.

DATED this 26th day of August, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>Nisha Brooks-Whittington<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>Allison Reese<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESSICA WILLIAMS,<br><br>　　　　　Defendants. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Petition for Action on Conditions of Pretrial Release is Dismissed and the Hearing for Revocation of Pretrial Release currently scheduled for Friday, August 27, 2021 at 1 p.m. is vacated.

　　　DATED: this 27 day of August, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE