```
                              ____RECEIVED
____FILED    ____ENTERED      ____SERVED ON
             COUNSEL/PARTIES OF RECORD

             DEC 7, 2021

             CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA WILLIAMS,<br><br>Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |

I understand that I have a right to appear in person in court at the *Change of Plea Hearing* in this case is scheduled for <u>December 7, 2021 at 11:15 am.</u> I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff. Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Jessica Williams                12/6/21
Defenant's Siganature              (date)

/s/ Nisha Brooks-Whittington        12/6/21
Signature of Defendant's Attorney   (date)

/s/ Nisha Brooks-Whittington        12/6/21
Printed Name of Defendant's Attorney

_____      12/07/2021
Judge's Signature                   (date)

RICHARD F. BOULWARE, II  U.S. District Judge
Judge's Printed Name and Title