CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-00146-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (*First Request*) |
| JESSICA WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and NISHA BROOKS-WHITTINGTON, counsel for Defendant JESSICA WILLIAMS, that the sentencing hearing currently scheduled for March 8, 2022, at 10:00 a.m., be vacated and continued for one (1) week, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.      The parties need additional time to prepare for sentencing, including preparing memorandums in support of their respective sentencing recommendations.

2.      Counsel for the Government will be out of district and in training during the current setting.

3.      The parties agree to the continuance.

4.      Defendant JESSICA WILLIAMS is out of custody and does not object to the continuance.

5.      This is the <u>first</u> request for a continuation of the sentencing hearing.

DATED:  February 11, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


_____*/s/  Allison Reese*_____
ALLISON REESE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA



_____*/s/ Nisha Brooks-Whittington*_____
NISHA BROOKS-WHITTINGTON
Counsel for Defendant JESSICA WILLIAMS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-00146-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JESSICA WILLIAMS, | |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The parties need additional time to prepare for sentencing, including preparing memorandums in support of their respective sentencing recommendations.

2.      Counsel for the Government will be out of district and in training during the current setting.

3.      Defendant JESSICA WILLIAMS is out of custody and does not object to the continuance.

4.      This is the <u>first</u> request for a continuation of the sentencing hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which

1    to be able to effectively and thoroughly prepare for the sentencing hearing, taking into account

2    the exercise of due diligence.

3                                              **ORDER**

4            IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

5    March 8, 2022, at the hour of 10:00 a.m., be vacated and continued to __March 15_____,

6    2022, at the hour of __9:00__a_.m..

7            DATED this __18th__ day of February, 2022.

8                                              _____

9                                              HONORABLE RICHARD F. BOULWARE
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24