RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jessica Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA WILLIAMS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jessica Williams, that the Sentencing Hearing currently scheduled on March 15, 2022, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than three (3) weeks.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to gather mitigation information for Ms. Williams, which is relevant to the sentencing disposition of this case.

　　　　2.　　The defendant is not incarcerated and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 4th day of March 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JESSICA WILLIAMS, <br> Defendant. | Case No. 2:20-cr-00146-RFB-DJA <br><br> **ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, March 15, 2022, at 9:00 a.m., be vacated and continued to  April 14, 2022  at the hour of  9:00   a .m.

DATED this  8th  day of March 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3