RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jessica Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSICA WILLIAMS,<br><br>        Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jessica Williams, that the Sentencing Hearing currently scheduled on May 26, 2022, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

      The Stipulation is entered into for the following reasons:

      1.     During the May 5, 2022, sentencing hearing, this Court continued the hearing to allow Ms. Williams to participate in an assessment for substance abuse counseling. Ms. Williams is scheduled for an assessment this week. The parties seek a continuance to allow time for the assessment to be conducted and a report provided to Pretrial Services. Further,

defense counsel is requesting additional time to request a copy of the report, review the report, and determine whether it is useful for mitigation purposes at sentencing. Should the defense use the report for mitigation, this Court has determined this will constitute good cause and the redacted version should be produced to the government. ECF No. 69. Because the government would also need additional time to review the report, a continuance is requested.

    2.    The defendant is not incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 25th day of May 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSICA WILLIAMS,<br><br>        Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**ORDER** |

   IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, May 26, 2022, at 10:30 a.m., be vacated and continued to __June 27, 2022__ at the hour of __11:00__  __a__ .m. in Courtroom 7C.

   DATED this 25th day of May 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3