JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA WILLIAMS,<br><br>Defendant. | Case No.: 2:20-CR-00146-RFB-DJA<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO [77] EMERGENCY MOTION FOR ORDER REDUCING SENTENCE OR MODIFYING JUDGMENT UNDER 18 U.S.C. § 3582(c)(1)(A)(i)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for JESSICA WILLIAMS, that the Government's deadline to respond to Defendant's [77] Emergency Motion for Order Reducing Sentence or Modifying Judgment, currently set for August 15, 2022, shall be continued to August 16, 2022.

This Stipulation is entered into for the following reasons:

1. The Government needs additional time to thoroughly respond to Defendant's motion, including obtaining relevant exhibits.

1

2. Defense counsel agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the response deadline.

DATED: August 15, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/ Nisha Brooks-Whittington
_____
Nisha Brooks-Whittington
Assistant Federal Public Defender
Counsel for Defendant JESSICA WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00146-RFB-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| JESSICA WILLIAMS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's [77] Emergency Motion for Order Reducing Sentence or Modifying Judgment, is August 16, 2022.

DATED this 16th day of August, 2022.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

3