RENE L. VALLADARES  
Federal Public Defender  
Nevada State Bar No. 11479  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender  
411 E. Bonneville, Ste. 250  
Las Vegas, Nevada 89101  
(702) 388-6577/Phone  
(702) 388-6261/Fax  
Nisha_Brooks-Whittington@fd.org  

Attorney for Jessica Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00146-RFB-DJA |
| Plaintiff, | STIPULATION TO VACATE POST CONFINEMENT STATUS CONFERENCE HEARING |
| v. | |
| JESSICA WILLIAMS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Assistant United States Attorney Allison Reese, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Nisha Brooks-Whittington, counsel for Jessica Williams, that a post confinement status conference should not be scheduled for the following reasons:

    1.    On August 14, 2023, this Court vacated the status conference set for that day. ECF No. 97. The Court further indicated "the matter may be reset at a later date." *Id*.

    2.    Ms. Williams has been on supervised release for nearly six months. According to United States Probation Officer, Amanda Stevens, Ms. Williams is doing well on supervision and there are currently no concerns. Further, the parties and the United States Probation Officer do not believe any additional conditions or changes of conditions are

necessary at this time.  Consequently, the parties believe a post-confinement status conference is unnecessary at this time and respectfully request this Court not reset the hearing.

DATED this 15th day of August, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>Nisha Brooks-Whittington<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>Allison Reese<br>Assistant United States Attorney |

It is so Ordered this the 15th day of August, 2023.

2