JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA WILLIAMS,<br><br>Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**Stipulation to Continue Hearing re Revocation of Supervised Release**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for JESSICA WILLIAMS, that the Hearing re Revocation of Supervised Release scheduled for January 8, 2024, at 8:30 a.m., be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the hearing.

2. Defendant is not in custody and agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Hearing re Revocation of Supervised Release.

DATED: January 4, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*I s l Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


*I s l Nisha Brooks-Whittington*
_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Counsel for Defendant
*JESSICA WILLIAMS*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA WILLIAMS,<br><br>Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**ORDER** |

IT IS ORDERED that the Hearing re Revocation of Supervised Release scheduled for January 8, 2024, at 8:30 a.m., is vacated and reset to February 13th, 2024, at the hour of 12:15 p.m.

DATED this 5th day of January, 2024.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

3