RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Jessica Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00146-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | |
| JESSICA WILLIAMS, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jessica Williams that the revocation hearing currently scheduled for February 13, 2024 be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant is waiting on discovery and needs additional time to review it and prepare for the hearing.

2.     The defendant is not custody but does not oppose the continuance.

3.     The parties agree to the continuance.

1    This is the second stipulation to continue filed herein.

2    DATED this 8th day of February, 2024.

3  RENE L. VALLADARES                          JASON M. FRIERSON
   Federal Public Defender                     United States Attorney
4

5        */s/ Nisha Brooks-Whittington*              */s/ Allison Reese*
   By_____       By_____
6  NISHA BROOKS-WHITTINGTON                    ALLISON REESE
   Assistant Federal Public Defender           Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00146-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JESSICA WILLIAMS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 13, 2024 at 12:15 p.m., be vacated and continued to March 21, 2024 at 9:15 a.m.

DATED this 9th day of February, 2024.

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge