RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Jessica Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA WILLIAMS,<br><br>    Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jessica Williams that the status conference currently scheduled for June 27, 2024 be vacated and continued to July 1, 2024, or alternatively, July 2, 2024.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the jurisdiction on July 27, 2024, the date of the currently scheduled status conference.

2. The defendant is not custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 23rd day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSICA WILLIAMS,<br><br>        Defendant. | Case No. 2:20-cr-00146-RFB-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status conference currently scheduled for June 27, 2024 at 8:30 a.m., be vacated and continued to July 1, 2024 at 10:45 am

    DATED this 3rd day of May, 2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge